# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, DIVISION OF
WELFARE & SUPPORTIVE SERVICES;
AND CRYSTAL WASHINGTON,
Respondents.

No. 70203

FILED

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the denial of Petitioner's Motion To Reduce And Or Suspend Child Support Enforcement." Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v.*

*Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Saitta                                 Pickering

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Anthony Dewane Bailey
       Crystal Washington
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Appellant's motion filed on May 3, 2016, is denied.